UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                    :

    v.                                          :  Crim. No. 23-CR-389 (RC)

JARED MILLER                                     :

## MOTION TO PERMIT TRAVEL TO PRFESIDENTIAL INAUGURATION

Defendant, Jared Miller, through undersigned counsel, Stephen F. Brennwald, in support of his Motion to Permit Travel to Presidential Inauguration, states as follows:

Defendant is charged with one count of Civil Disorder, one count of Assaulting Certain Officers (18 U.S.C. §111(a)), and related misdemeanors.

Defendant has entered pleas of not guilty to each charge, and he contests the government's claims strenuously.

His trial is set for April 14, 2025.

As this Court knows, the former president has been re-elected, and his inauguration is set to take place on January 20, 2025.  The defendant would like to attend that inauguration.

Without even having to ask, defense counsel knows that the government will oppose this request.  It will likely cite the charges, including the allegation of assault on a law enforcement officer.

In oppositions the government has filed in other cases, it typically recites the alleged conduct they claim a particular defendant engaged in and argues, based on those allegations, that the defendant poses a danger to law enforcement and should not be allowed to enter the District of Columbia.

What all of those oppositions miss is the fact that the circumstances here are completely different – in fact, the exact opposite of the situation on the ground on January 6, 2021.

On January 6, 2021, many people were upset about the election, and claimed that it had been stolen. When they went to the Capitol to protest, some became violent or were ready to engage in violence.

Defendant, again, denies that he was violent on that date, but whatever the case, the inauguration on January 20, 2025, presents a completely different scenario.

No longer will the participants and observers be in the District out of anger, ready to fight to try to wrest back the power they felt had been unjustly taken from them. Rather, they will be cheering the person they support, and law enforcement will not be in an antagonistic position to those attending the event – at all.

That is all the truth that matters in this case. Whatever happened on January 6, 2021, involving Mr. Miller is completely irrelevant to this request.

Another set of critical facts this Court should know is that between January 6, 2021, and the time of his arrest on August 23, 2023, Mr. Miller visited the District three times without any issues whatsoever.

Specifically, on one occasion he came to protest in favor of the release of defendants who were being held in connection with January 6 charges. Despite the emotional nature of the event, he did not engage in violence, or otherwise disturb the peace.

The second time he came on a family trip, and the third time he came on a Girl Scout trip.

Again, on none of those occasions were there any problems whatsoever.

There wouldn't be any problems on January 20, 2025, either were Mr. Miller allowed to attend the inauguration. He is under court order not to engage in any criminal conduct, and even without such an order he would not go to the District to engage in any violence. He would go there to celebrate and cheer. And then go home.

Mr. Miller happens to be a 100% disabled military veteran, and was discharged honorably due to medical reasons.

He takes care of his daughter without the assistance of her mother, and s employed.

He is a highly responsible individual.

His plan would be to arrive in the District on January 19, 2025, and return to the Newport News, Virginia, area the day after the inauguration.  Counsel and the defendant would also meet during his visit in order to discuss his case in anticipation of trial (should it happen).

As the foregoing shows, there is no reason to believe that Mr. Miller would present any danger whatsoever were this Court to grant this motion, the government's anticipated claims to the contrary notwithstanding.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant asks that the Court permit him to travel to the District of Columbia on January 19, 2025, to attend the upcoming inauguration on January 20, 2025, return to his home in the Tidewater area of Virginia the day after the inauguration, and grant him any other relief this Court deems just and proper.

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 4th day of January, 2025, to the U.S. Attorney's Office, 601 D Street, N.W. Washington, D.C.  20001, and to all counsel of record.

/s/

Stephen F. Brennwald